# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER**, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | EP-23-CV-00179-DCG |
| **JR DALLAS WEALTH MANAGEMENT L.L.C., and JEHANGIR RAJA**, | § § | |
| | § | |
| *Defendants*. | | |

## ORDER DISMISSING CASE

On January 4, 2024, the parties filed a "Joint Stipulation of Dismissal With Prejudice" that "stipulate[d] to a dismissal with prejudice as to Plaintiff's claims against JR Dallas Wealth Management LLC."[1]  However, before the Court could dismiss the above-captioned case, it needed to know "whether Jehangir Raja [was] a party to this case—and, if so, whether Plaintiff intend[ed] to dismiss his claims against Jehangir Raja."[2]  The Court thus ordered Plaintiff to clarify whether the parties' Joint Stipulation applied to Plaintiff's claims against Jehangir Raja.[3]

Plaintiff has now responded to the Court's Order to Clarify and confirmed that the parties' Joint Stipulation "should have included Jehangir Raja as a dismissed party with prejudice."[4]  Thus, in addition to the parties' joint request that the Court "dismiss with prejudice"

---

[1] Joint Stipulation, ECF No. 34.

[2] Order to Clarify, ECF No. 35, at 2.

[3] *Id.*

[4] Response to Order to Clarify, ECF No. 36.

"Plaintiff's claims against JR Dallas Wealth Management LLC,"[5] Plaintiff asks that the Court "dismiss Jehangir Raja with prejudice."[6]

The Court therefore **DISMISSES** this case in its entirety **WITH PREJUDICE.** Each party shall bear its own costs.

The Clerk shall **CLOSE** the case.

**So ORDERED and SIGNED this 30th day of May 2024.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[5] *See* Joint Stipulation at 1.

[6] Response to Order to Clarify at 1.